UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN EDWARDS REYNOLDS,

                Petitioner,

-against-

WARDEN PETRUCCI, *et al.*,

                Respondent.

20-CV-3523 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

        On October 9, 2020, the Court received a letter motion from Petitioner advising that he wishes to withdraw his petition. The Court grants Petitioner's request to withdraw this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

        This order closes this case.

        The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated:   October 13, 2020
            New York, New York

                                                      Louis L. Stanton
                                                      U.S.D.J.